UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 SEP -5 PM 3: 19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

STATE FARM FLORIDA INSURANCE
COMPANY, et al.,

    Plaintiff,

v.    Case No.: 3:12-cv-359-J-20MCR

RHEEM MANUFACTURING COMPANY,

    Defendant.
_____/

## ORDER

This cause is before this Court on a Mediation Disposition Report (Dkt. 20) that indicates this matter has been completely settled. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 5th day of September, 2012.

                HARVEY E. SCHLESINGER
                UNITED STATES DISTRICT JUDGE

Copies to:
Jennifer L. Reiss, Esq.
Neils P. Murphy, Esq.
Christen E. Luikart, Esq.